UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JULIE JESTICE,                                              Case No. 1:11-cv-101

    Plaintiff,                                          Weber. J.
                                                                           Bowman, M.J.

vs.

BUTLER TECHNOLOGY AND
CAREER DEVELOPMENT
SCHOOLS BOARD OF EDUCATION.,

    Defendant.

## MEMORANDUM ORDER

This matter is before the Court on a motion by Defendant to compel responses to its discovery requests.[1] (Doc. 19). Plaintiff has not responded to the motion. The motion has been referred to the undersigned Magistrate Judge for disposition. (*See* Doc. 20).

Defendant's motions seeks responses to its First Set of Interrogatories and First Requests for Production of Documents propounded on Plaintiff on November 1, 2011. (Doc. 19 at 2). On January 4 and January 2012, Defendant contacted Plaintiff, in writing, about the status of the overdue discovery responses. (Doc. 19, Ex. 1). Plaintiff did not respond to either inquiry. *Id.* Defendant's counsel also personally asked Plaintiff's counsel for the outstanding responses at Plaintiff's deposition on January 13, 2012. *Id.* However, Plaintiff has failed to provide responses to Defendant's outstanding discovery requests.

Accordingly, for good cause shown, Defendant's unopposed motion to compel (Doc.

---

[1] Prior to filing formal discovery motions, the Court requires counsel to attempt to resolve discovery disputes by use of an informal discovery conference. *See* S.D. Ohio Civ. R. 37.1. *See also* Judge Bowman's Policies and Procedures, § D(2), http://www.ohsd.uscourts.gov/judges/jbowman.htm. Thus, when a discovery dispute arises, counsel shall first discuss and attempt to resolve the problem by agreement. If counsel's efforts toward an amicable solution have failed, counsel should then request an informal telephone conference with the judicial officer assigned to supervise discovery in the case. In the future, Counsel is advised to follow this procedure before filing a motion to compel with the Court.

19) is **GRANTED**. Plaintiff is **ORDERED** to submit responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents within **FIFTEEN DAYS** of the issuance of this Order. Plaintiff's failure to respond satisfactorily to this Order may result in monetary sanctions, including payment of reasonable attorneys' fees and costs that Defendant incurred as a result of filing its motion to compel.

    **IT IS SO ORDERED.**

    *s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge